SCHLICHTER & SHONACK, LLP
KURT ANDREW SCHLICHTER, (CA SBN 172385)
STEVEN C. SHONACK, (CA SBN 173395)
NICOLE VONGCHANGLOR (CA SBN 278523)
ADAM C. ZAMOST (CA SBN 305655)
2381 Rosecrans Avenue, Suite 326
El Segundo, CA 90245
Telephone: (310) 643-0111
Fax: (310) 643-1638
kas@sandsattorneys.com
nvo@sandsattorneys.com
acz@sandsattorneys.com

Attorneys for Defendant CARMAX
AUTO SUPERSTORES
CALIFORNIA, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO SEVILLA, | USDC No.: 2:16-CV-00965-JAM-KJN |
| Plaintiff, | |
| v. | **STIPULATION OF PARTIES RE: EXTENSION OF TIME FOR THE PARTIES TO FILE DISPOSITIONAL PAPERS AND ORDER** |
| CARMAX AUTO SUPERSTORES CALIFORNIA, LLC; and DOES ONE through TEN, | |
| Defendants. | **[LOCAL RULE 160]** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff ALEJANDRO SEVILLA and Defendant CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, hereby stipulate as follows:

1

**STIPULATION OF PARTIES RE: EXTENSION OF TIME FOR THE PARTIES TO FILE DISPOSITIONAL PAPERS AND PROPOSED ORDER**

1. The parties shall have an extension of an additional 21 days in which to file dispositional papers in this action. Accordingly, the parties' dispositional papers will be due on or before August 23, 2016.

2. Good cause exists to grant an extension of time as the parties are still in the process of finalizing the terms of the settlement agreement, which includes: (a) scheduling a mutually agreeable date and time for the vehicle to be returned to the dealership, (b) paying off a third party loan holder, (c) transferring title of the vehicle, and (d) reimbursing plaintiff for payments made on the vehicle.

3. Pursuant to Local Rule 160, "[t]he Court may, on good cause shown, extend the time for filing the dispositional papers."

IT IS SO STIPULATED.

Dated:  July 28 , 2016               Law Offices Jon Jacobs

                                                   /s/ Ryan H. Gomez
                                             By: JON P. JACOBS
                                                     RYAN H. GOMEZ
                                                     JILL L. HARRIS
                                               Attorneys for Plaintiff
                                              ALEJANDRO SEVILLA
                                              (authorized July 28, 2016)

**STIPULATION OF PARTIES RE: EXTENSION OF TIME FOR THE PARTIES TO FILE DISPOSITIONAL PAPERS AND PROPOSED ORDER**

IT IS SO STIPULATED.

Dated:  July 29 , 2016                     SCHLICHTER & SHONACK, LLP


                                            /s/ - Kurt A. Schlichter
                                           By:  KURT A. SCHLICHTER
                                           Attorney for Defendant CARMAX
                                           AUTO SUPERSTORES
                                           CALIFORNIA, LLC


IT IS SO ORDERED.


Dated:  7/29/2016                          /s/ John A. Mendez_____
                                           Hon. John A. Mendez
                                           Judge of the U.S. District Court

**STIPULATION OF PARTIES RE: EXTENSION OF TIME FOR THE PARTIES TO FILE DISPOSITIONAL PAPERS AND PROPOSED ORDER**