SCHLICHTER & SHONACK, LLP
KURT ANDREW SCHLICHTER, (CA SBN 172385)
STEVEN C. SHONACK, (CA SBN 173395)
NICOLE VONGCHANGLOR (CA SBN 278523)
ADAM C. ZAMOST (CA SBN 305655)
2381 Rosecrans Avenue, Suite 326
El Segundo, CA 90245
Telephone: (310) 643-0111
Fax: (310) 643-1638
kas@sandsattorneys.com
nvo@sandsattorneys.com
acz@sandsattorneys.com

Attorneys for Defendant CARMAX
AUTO SUPERSTORES
CALIFORNIA, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO SEVILLA, | USDC No.: 2:16-CV-00965-JAM-KJN |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL** |
| CARMAX AUTO SUPERSTORES CALIFORNIA, LLC; and DOES ONE through TEN, | |
| Defendants. | |

It is hereby stipulated between the parties to this action, Plaintiff ALEJANDRO SEVILLA and Defendant CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO STIPULATED.

Dated:  August 22, 2016                    Law Offices Jon Jacobs

                                            /s/ Ryan H. Gomez
By: JON P. JACOBS
      RYAN H. GOMEZ
      JILL L. HARRIS
Attorneys for Plaintiff
ALEJANDRO SEVILLA
(authorized August 22, 2016)

IT IS SO STIPULATED.

Dated:  August 22, 2016                    SCHLICHTER & SHONACK, LLP

                                            /s/ - Kurt A. Schlichter
By:  KURT A. SCHLICHTER
Attorney for Defendant CARMAX AUTO SUPERSTORES CALIFORNIA, LLC

IT IS SO ORDERED.

Dated: 8/23/2016                              /s/ John A. Mendez
                                                  Hon. John A. Mendez
                                                  Judge of the U.S. District Court

**STIPULATION FOR DISMISSAL**